STATE OF NEW JERSEY v. CRAIG EAST.

January 28, 1986.

Leave to appeal granted.

STATE OF NEW JERSEY v. ANGELO DEPROSPO.

January 28, 1986.

Leave to appeal granted.

STATE OF NEW JERSEY v. HENRY DAVIS.

January 28, 1986.

Leave to appeal granted.

IN THE MATTER OF FRANK BASTO, ET AL.

January 28, 1986.

Leave to appeal granted.  (See 205 *N.J.Super.* 233)